IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LYNETTE BROWN,

    Plaintiff,

vs.                                   CASE NO. 4:09cv171/RS-WCS

FLORIDA DEPARTMENT OF HIGHWAY
SAFETY AND MOTOR VEHICLES,

    Defendant.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 17) and Defendant's Objections (Doc. 18). I have reviewed Defendant's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendant's Motion to Dismiss (Doc. 11) is granted as to the age discrimination claim but is otherwise denied.

3. Defendant shall file an answer to the Amended Complaint (Doc. 5) as provided by Fed. R. Civ. P. 12(a)(4)(A).

4. This case is remanded to the Magistrate Judge for further proceedings.

**ORDERED** on April 6, 2010.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**